# EXHIBIT 1

| SPEAKERS      | : | ALIAS SANTOS   |
|               |   | ALIAS RATÓN    |
| DATE          | : | 24-Apr-06      |
| TIME          | : | 11:23          |
| INDEX NO.     | : | 837            |
| CELL PHONE NO.| : | 312-6276559    |

## TRANSCRIPTION

| Speakers | Spanish | English |
|---|---|---|
| Santos | Aló. | Hello. |
| NN | Un momento. | One moment. |
| Ratón | Aló. | Hello. |
| Santos | Aló. | Hello. |
| Ratón | Aló. Quiubo, con Ratón. | Hello. What's up? This is Ratón. |
| Santos | Hola mano, cuénteme. | Hello, man, tell me. |
| Ratón | ¿Qué pasó? No, quedé esperando la llamada anoche y usted no llamó. | What's going on? No, I was waiting for your call last night, and you didn't call. |
| Santos | Ah. | Ah. |
| Ratón | Anoche usted me dijo que me llamaba, pero me quedé esperando la llamada y usted no llamó. | Last night you told me that you would call me, but I was waiting for your call, and you didn't call. |
| Santos | No, lo que pasa es que estaba por allá por la finquita y no... | No, what happened was that I was around there at the little property and I wasn't... |
| Ratón | Ah ya... | Ah, right... |
| Santos | [UI] | [UI] |
| Ratón | [UI] Y qué, esos gallos, ¿qué? | [UI] And what, those cocks, what? |
| Santos | No mano, estábamos por ahí buscado, estábamos jugando gallos anoche por ahí. | No, man, we were looking around there; we were having cockfights around there last night. |
| Ratón | Ah. | Ah. |
| Santos | Por ahí teníamos una. [UI] | We had one around there. [UI] |
| Ratón | [UI] | [UI] |
| Santos | No, por ahí mano. Esperando a ver si, si... Necesitamos un restaurantico ahí otra vez mano, porque estamos graves, mano. | No, around there, man. Waiting to see whether—whether... We need a restaurant there again, man, because we're in a serious situation, man. |
| Ratón | Ah. | Ah. |
| Santos | Por ahí la otra semana ya vamos a empezar a montarlo. Ando con un señor ahí, pero el patrón, pero el patrón me patrocina ahí, entonces voy a ver si lo monto mano. | We're going to start setting it up next week or so. I have a man there, but the boss—but the boss is supporting me there, so I'm going to see whether I can set it up, man. |
| Ratón | Ah. | Ah. |
| Santos | Con otro señor. Entonces, el patrón me | With the other man. So the boss is |

1

| | | |
|---|---|---|
| | patrocina ahí para montarlo, ¿sí me entiende? | supporting me there so that I can set it up, you know what I mean? |
| Ratón | Sí, ¿Ah, pero el patrón suyo no? | Yeah. Ah, but not your[?] boss? |
| Santos | No, pues para él... O sea, va a montarlo para que yo lo administre con otro señor ahí, entonces yo con otro señor. | No, well, for him... I mean, he's going to set it up so that I can manage it along with another man there. So me along with another man. |
| Ratón | Ah, ¿Y entonces? | Ah, and so? |
| Santos | Mano, pues ahorita ya, ya voy buscando la finquita, el lote para ponerlo. | Man, well, right now, now—now I'm looking for a property, for a lot where I can put it. |
| Ratón | Ah, y qué ¿sí le fue bien con los gallos? | Ah. And so, it went well for you with the cocks? |
| Santos | ¿Ah? | Huh? |
| Ratón | ¿Sí le fue bien anoche con los gallos? | It went well for you last night with the cocks? |
| Santos | Sí. Uf, nosotros tenemos unos gallos buenos aquí. | Yeah. Ah, we have some good cocks here. |
| Ratón | ¿De quien son, suyos? | Whose are they, yours? |
| Santos | Sí, unos míos y otros con un acuerdo con un señor de por allá de Dibulla[?], con un acuerdo por ahí... Bueno, hemos ido a Santa Marta, Barranquilla, hemos ido por allá. | Yeah, some of them are mine, and others are through an agreement with a man from around there, from Dibulla[?], through an agreement around there... Well, we've gone to Santa Marta, Barranquila; we've gone around there. |
| Ratón | ¿Sí? | Really? |
| Santos | Sí, eso nos ha ido bien. | Yeah, that's gone well for us. |
| Ratón | Ah. | Ah. |
| Santos | También lo clavan a uno, pero al menos... Oiga, apenas yo, yo, yo haga la vuelta ahí hermano, pues entonces vamos a ver mano qué hacemos. ¿Oiga, y el comando Mario? | They nail a person, too, but at least... Listen, as soon as I—I—I do the errand there, bro, you know, then we're going to see what we're doing, man? Hey, and Commando Mario? |
| Ratón | ¿Don Mario? | Don Mario? |
| Santos | Ah... | Ah... |
| Ratón | Yo no lo he vuelto a ver; él no para casi aquí. | I haven't seen him again; he hardly ever stops here. |
| Santos | Dígale que se eche una pasadita por aquí mano. | Tell him to swing by here, man. |
| Ratón | El viejo ha estado como mal, yo no sé. | The old man's been in kind of bad shape; I don't know. |
| Santos | Sí mano ¿Y Mil Amores? | Yeah, man. And Mil Amores? |
| Ratón | Mil Amores está por ahí. No, el viejo Mario, quién sabe, el viejo está como, ha estado mal, ha estado mal de plata, yo no sé. | Mil Amores is around there. No, that old man Mario—who knows? That old man is kind of—he's been in bad shape; he's been in bad shape, money-wise—I don't |

|  |  | know. |
| --- | --- | --- |
| Santos | El man, como que quebró. | The guy, like, he went broke. |
| Ratón | No, Mario, el viejo Mario. | No, Mario—that old guy Mario. |
| Santos | No, sí mano. | No, yeah, man. |
| Ratón | Mil Amores está por ahí. Tiene la finquita. | Mil Amores is around there. He has the little property. |
| Santos | Esté llamando por ahí mano. | Call there, man. |
| Ratón | Ah... No, pues entonces... | Ah... No, well, then... |
| Santos | Tenía ganas de ir por allá, pero... vamos a ver... | I wanted to go there, but... we'll see... |
| Ratón | ¿Ah? | Huh? |
| Santos | Yo le aviso para cuando venga. Que vamos a estar ocupaditos, yo le aviso para que él se venga y eche un paseo y entonces cuando lo llame para ver si lo meto ahí. | I'll let you know when he should come. Because we're going to be a little busy. I'll let you know so that he can come and take a stroll, and then when I call him to see whether I can get him in there. |
| Ratón | Ah listo. Yo lo estoy llamando, o me llama. | Ah, okay. I'll be calling you, or you call me. |
| Santos | Sí. Bueno pues, listo pues. | Yeah. All right, then, okay then. |
| Ratón | Bueno, listo, bueno. | All right, okay, all right. |

END OF CONVERSATION